# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**BRANDON L. SIMPSON**
**ELECTRONICS TECHNICIAN THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201300418**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 30 July 2013.
**Military Judge**: LtCol Charles C. Hale, USMC.
**Convening Authority**: Commanding Officer, Naval Submarine Support Center New London, Groton, CT.
**For Appellant**: CDR Michael C. Pallesen, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 February 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court